PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
tony.coppolino@usdoj.gov
ANDREA GACKI
andrea.gacki@usdoj.gov
ANDREW H. TANNENBAUM
andrew.tannenbaum@usdoj.gov
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C.  20001
Phone: (202) 514-4782/(202) 514-4263/(202) 514-4336
Fax:    (202) 616-8460/(202) 616-8202/(202) 318-2461

KARIN J. IMMERGUT, OSB# 96314
United States Attorney
District of Oregon
JAMES L. SUTHERLAND, OSB# 68160
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Phone: (503) 727-1194
Fax:    (503) 727-1117
Email:  jim.sutherland@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| AL-HARAMAIN ISLAMIC FOUNDATION, *et al.*, | CV. 06-274- KI |
| Plaintiffs, | |
| v. | **DEFENDANTS' NOTICE OF LODGING OF SUPERSEDING EX PARTE, IN CAMERA CLASSIFIED MATERIAL** |
| GEORGE W. BUSH, *et al.*, | |
| Defendants. | |

The United States hereby provides Notice of the submission, for the Court's *ex parte*, *in camera* consideration, of a classified declaration in opposition to the Oregonian Publishing Company's Motion to Intervene and to Unseal Records, which supersedes the classified declaration lodged for the Court's *ex parte*, *in camera* consideration on April 14, 2006.

Dated: May 12, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

CARL J. NICHOLS
Deputy Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Special Litigation Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.  Room 6102
Washington, D.C. 20001
Telephone:   (202) 514-4782
Fax:             (202) 616-8460
tony.coppolino@usdoj.gov

    *s/ Andrea Gacki*
ANDREA GACKI
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7334
Washington, D.C. 20001
Telephone:   (202) 514-4336
Fax:             (202) 318-2461
andrea.gacki@usdoj.gov

ANDREW H. TANNENBAUM
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.  Room 7332

Washington, D.C. 20001  
Telephone: (202) 514-4263  
Fax: (202) 616-8202  
andrew.tannenbaum@usdoj.gov


KARIN J. IMMERGUT, OSB# 96314  
United States Attorney  
District of Oregon

JAMES L. SUTHERLAND, OSB# 68160  
Assistant United States Attorney  
1000 SW Third Avenue, Suite 600  
Portland, Oregon 97204-2902  
Phone: (503) 727-1194  
Fax: (503) 727-1117  
Email: jim.sutherland@usdoj.gov

*Attorneys for the United States of America*