PETER D. KEISLER
Assistant Attorney General, Civil Division

CARL J. NICHOLS
Deputy Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Special Litigation Counsel
tony.coppolino@usdoj.gov

ANDREA GACKI
andrea.gacki@usdoj.gov
ANDREW H. TANNENBAUM
andrew.tannenbaum@usdoj.gov
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C.  20001
Phone: (202) 514-4782/(202) 514-4263/(202) 514-4336
Fax:    (202) 616-8460/(202) 616-8202/(202) 318-2461

*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| AL-HARAMAIN ISLAMIC FOUNDATION, *et al.*, | CV.  06-274- KI |
| Plaintiffs, | |
| v. | **DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT** |
| GEORGE W. BUSH, *et al.*, | |
| Defendants. | |

PAGE 1  –   DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE,
                   FOR SUMMARY JUDGMENT

Pursuant to Rules 12(b)(1) and 56 of the Federal Rules of Civil Procedure, Defendants, through their undersigned counsel, hereby move to dismiss this action or, in the alternative, for summary judgment.  The basis for this motion is that the assertion of the military and state secrets privilege and other specified statutory privileges by the United States in this action requires the exclusion of state secrets relevant to the resolution of Plaintiffs' claims.  The unavailability of this information requires dismissal or the entry of summary judgment in favor of Defendants.

Defendants' arguments in support of this motion are set forth in the classified *in camera, ex parte* and the unclassified versions of Defendants' Memorandum of Points and Authorities in Support of the United States' Assertion of the Military and State Secrets Privilege; and Defendants' Motion to Dismiss or, in the Alternative, Motion for Summary Judgment, and in the declarations accompanying this motion, including those submitted for *in camera, ex parte* review.  *See* Defendants' Notice of Lodging of *In Camera, Ex Parte* Materials.


Dated: June 21, 2006                              Respectfully submitted,

                                                  PETER D. KEISLER
                                                  Assistant Attorney General

                                                  CARL J. NICHOLS
                                                  Deputy Assistant Attorney General

                                                  JOSEPH H. HUNT
                                                  Director, Federal Programs Branch

                                                      *s/ Anthony J. Coppolino*
                                                  ANTHONY J. COPPOLINO
                                                  Special Litigation Counsel
                                                  United States Department of Justice
                                                  Civil Division, Federal Programs Branch

PAGE 2  –    DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE,
             FOR SUMMARY JUDGMENT

20 Massachusetts Avenue, N.W.  Room 6102
Washington, D.C. 20001
Telephone:     (202) 514-4782
Fax:              (202) 616-8460
tony.coppolino@usdoj.gov

       *s/ Andrea Gacki*
ANDREA GACKI
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7334
Washington, D.C. 20001
Telephone:     (202) 514-4336
Fax:              (202) 318-2461
andrea.gacki@usdoj.gov

       *s/ Andrew H. Tannenbaum*
ANDREW H. TANNENBAUM
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.  Room 7332
Washington, D.C. 20001
Telephone:  (202) 514-4263
Fax:              (202) 616-8202
andrew.tannenbaum@usdoj.gov

*Attorneys for the United States of America*